■ In the Matter of the Claim of OTTO POEST, Appellant. 575 PARK AVE. CORP., Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— *Per Curiam.* Appeal from a decision of the Unemployment Insurance Appeal Board disqualifying claimant from receiving benefits on the ground that he voluntarily left his employment without good cause. In the testimony of claimant's supervisor and, indeed, in the testimony of claimant himself, the board found evidence, which we cannot appraise as less than substantial, that "claimant left his job because of his inability to get along with his supervisor due to a clash of personalities." Under the familiar rule, this court is without authority to set aside a determination of an administrative agency so grounded. Decision affirmed, without costs. Gibson, P. J., Herlihy, Reynolds and Aulisi, JJ., concur; Taylor, J., not voting.

## (October 21, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD JACKSON, Appellant.— STALEY, JR., J. Appeal from a judgment of conviction upon resentence imposed by the County Court of Schenectady County, on March 5, 1965. On December 29, 1964, the appellant made an application to withdraw his plea of guilty. On March 5, 1965, his counsel advised the court that the defendant had agreed to withdraw this motion. Some confusion exists in the record on this point as to whether the defendant consented to the withdrawal of the motion, or whether he intended to withdraw his plea. A reading of the whole record, however, clearly indicates that his withdrawal of his motion to withdraw his plea of guilty was voluntary. Indicative of this, is the fact that no objection was made by appellant or his attorney at any point during the proceedings on that day. We find no basis for appellant's contention that such sentence is excessive. Judgment affirmed. Gibson, P. J., Herlihy and Reynolds, JJ., concur; Taylor, J., not voting.